Name, Address and Phone number of Attorney(s)
**BRYAN D. SAMPSON, ESQ. (#143143)**
**SAMPSON & ASSOCIATES**
**2139 FIRST AVE., SAN DIEGO, CA 92101**
**TEL. (619) 557-9420/FAX (619) 557-9425**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AIRLINES REPORTING CORP.<br><br>Plaintiff(s)<br>v.<br><br>BANDO TRAVEL & TOURS, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>ED CV 06-00795 AHS (JCRx)<br><br>ORDER<br>TO APPEAR FOR EXAMINATION RE:<br>[X] ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☐ Judgment Debtor  [X] Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application  ☐ GRANTED  ☐ DENIED.

**TO:** DAVID DAE WOONG CHUNG
   *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☐ furnish information to aid in enforcement of a money judgment against you.
[X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| | |
|---|---|
| **Date of appearance:** June 24, 2008     **Time:** 9:30 am | |
| **Place of Appearance:** | ☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA<br>☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA<br>☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>[X] Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |
| **Courtroom Number:** 4 | |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
   *(Name of appointed process server)*

Date: 5/9/08

_John C. Rayburn, Jr._
U.S. District Judge/U.S. Magistrate Judge

Case 5:06-cv-00156-ABC-FMO Document 32 Filed 02/09/09 Page 2 of 2 Page ID #:31

**NOTICE TO JUDGMENT DEBTOR:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR:** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

**DAVID DAE WOONG CHUNG IS THE BROTHER OF THE JUDGMENT DEBTOR'S SPOUSE, GLORIA BAEK, HE HAS BEEN INVOLVED IN REAL ESTATE TRANSACTIONS WITH THE DEBTOR, AND WE BELIEVE HE HAS KNOWLEDGE OF THE FINANCES OF THE JUDGMENT DEBTOR OR IS HOLDING IN EXCESS OF $250, WHICH WOULD ASSIST US IN ENFORCEMENT OF THE OUTSTANDING JUDGMENT.**

If you claim that all or any portion of this property or debt is exempt from enforcement of the money

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP,
### ASSOCIATION, TRUST OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents or other persons who are familiar with your property and debts.